UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERIMIE DIXON,<br><br>      Plaintiff,<br><br>  v.<br><br>NW COAST PROPERTIES 2, INC.,<br><br>      Defendant. | CASE NO. 3:24-cv-05014-TMC<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

  Plaintiff Jerimie Dixon filed an Application to Proceed *In Forma Pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of the Application, the governing law, and the balance of the record, the Court **ORDERS** as follows:

  (1) Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP Application (Dkt. 1) is **GRANTED**.

//

//

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 1

1     (2)     The Clerk of Court is directed to send a copy of this Order to Plaintiff and to the Honorable Tiffany M. Cartwright.

Dated this 22nd day of January, 2024.

_____
Grady J. Leupold
United States Magistrate Judge